IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR-20-58-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| HARRY B. AZURE, | |
| Defendants. | |

Defendant Harry B. Azure having filed an Unopposed Motion to Continue the Detention Hearing in this matter, Accordingly, IT IS HEREBY ORDERED that

The Detention Hearing is RESET for <u>Tuesday, July 6, 2021 at 10:00 a.m.</u> at the Missouri River Federal Courthouse, at which time the Court will hold a detention hearing to consider the Defendant's plan for release.

DATED this <u>28th</u> day of June 2021.

_____
John Johnston
United States Magistrate Judge