# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>HARRY B. AZURE,<br><br>Defendant. | CR-20-58-GF-BMM<br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 25, 2026. (Doc. 214.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a final revocation hearing on February 24, 2026 (Doc. 209.) The United States accused Harry Azure (Azure) of violating the conditions of his supervised release by: (1) failing to provide his probation officer

with his home confinement schedule for the week of August 5, 2025; (2) consuming alcohol on August 18, 2025; (3) failing to schedule an intake with his substance abuse treatment provided by August 22, 2025, as instructed by his probation officer; (4) failing to update his address to comply with violent offender registration requirements during August of 2025; (5) failing to comply with his home confinement requirements by not answering his door or phone calls or text messages on August 23, 2025; by: (6) committing another federal, state, or local crime by being convicted on January 8, 2026 of the offenses of Partner or Family Member Assault, in violation of Fort Peck "Tribal Code CCOJ Title VII, § 244; Protection of Government officials and Law Enforcement, in violation of Fort Peck Tribal Code CCOJ Title VII § 422-A. and Criminal Mischief; and (7) consuming alcohol on August 29, 2025.  (Docs. 201 and 201.)

At the revocation hearings, Azure admitted that he had violated the conditions of supervised release as set forth in allegations 1-3 and 5-7 of the Amended Petition.  Judge Johnston dismissed alleged violation 4 upon the government's motion. Judge Johnston recommended a sentence of custody until March 26, 2026 with 24 months supervised release to follow with the first 180 days of supervised release spent in a residential reentry center. (Doc. 147.) The Court advised Azure of his right to appeal and to allocute before the undersigned. He waived those rights.  (Doc. 209.)

The violations Azure admitted prove serious and warrant revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 214) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Harry B. Azure be sentenced for a term of custody until March 26, 2026 with 24 months of supervised release to follow with the first 180 days of supervised release spent in a residential reentry center.

DATED this 16th day of March 2026.

Brian Morris, Chief District Judge
United States District Court